UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JADA DELAUNE AND GLEN MEYNARDIE INDIVIDUALLY AND ON BEHALF OF THEIR MINOR CHILD, M.M.<br><br>v.<br><br>ABBVIE, INC. AND/OR ABBVIE US LLC AND/OR ABBVIE ENDOCRINOLOGY INC., ABBOTT LABORATORIES AND/OR ABBOTT LABORATORIES, INC. AND/OR ABBOTT LABORATORIES INTERNATIONAL LLC AND ABC INSURANCE COMPANY | CIVIL NO. 15-cv-478<br><br>JUDGE SHELLY D. DICK<br><br>MAGISTRATE STEPHEN C. RIEDLINGER |

*EX PARTE* MOTION FOR *PRO HAC VICE*
ADMSSION OF MICHAEL P. FORADAS

Pursuant to Local Civil Rule 83.2.5 of the Uniform Local Rules of the United States District Court for the Middle District of Louisiana, Defendants, AbbVie, Inc., AbbVie US LLC, AbbVie Endocrinology, Inc., Abbott Laboratories, Abbott Laboratories, Inc., and Abbott Laboratories International LLC (collectively "Defendants"), by their undersigned counsel, respectfully moves for an order authorizing the appearance *pro hac vice* of Michael P. Foradas, for the purpose of appearing and participating as co-counsel on behalf of Defendants in the above-captioned case. In support, Defendants states the following:

1. Mr. Foradas is an attorney with Kirkland & Ellis, LLP, 300 North LaSalle Dr., Suite 2400, Chicago, IL 60654, Phone: 312-862-2000, Fax: 312-862-2200.

2. Mr. Foradas is an active member in good standing of the bar in the state of Illinois.

3. Attached hereto as Exhibits "A" is a certificate from the above- referenced state regarding Mr. Foradas's standing.

39136

4. Mr. Foradas has never been subject to disciplinary proceedings nor has criminal charges ever been instituted against her.

5. Attached hereto as Exhibit "B" is the Affidavit of Mr. Foradas in support of this motion and proposed order.

6. In further support of this motion, it is hereby designated that David M. Bienvenu (La. Bar No. 20700) is a member of the bar of this Court who maintains an office in this State for the practice of law. He is a person with whom the Court and counsel may readily communicate and upon whom papers may be served. In addition, the law firm of Bienvenu, Bonnecaze, Foco, Viator & Holinga, APLLC, 4210 Bluebonnet Blvd. Baton Rouge, LA 70809, acts as local counsel in this matter on behalf of Defendants.

WHEREFORE, Defendants moves this Honorable Court for an order permitting Michael P. Foradas of the firm of Kirkland & Ellis, LLP to appear and participate pro hac vice as co-counsel in the captioned matter on behalf of Defendants.

Respectfully submitted,

BIENVENU, BONNECAZE, FOCO, VIATOR & HOLINGA, APLLC

By: *s/ David M. Bienvenu, Jr*
    David M. Bienvenu, Jr., #20700
    John Allain Viator, #25915
    Lexi T. Holinga, #30096
    Tam Catherine Bourgeois, #30405
    4210 Bluebonnet Blvd.
    Baton Rouge, LA 70809
    Phone:  (225) 388-5600
    Fax:  (225) 388-5622

*Counsel for Defendants AbbVie, Inc., AbbVie US LLC, AbbVie Endocrinology, Inc., Abbott*

39136

*Laboratories, Abbott Laboratories, Inc., and*
*Abbott Laboratories International LLC*

## CERTIFICATE OF SERVICE

**I CERTIFY** that on July 20th, 2015 a copy of the foregoing Motion was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all CM/ECF participants by operation of the Court's electronic filing system and to plaintiffs' counsel by both email and mail.

                                     *s/ David Bienvenu*
                                     David Bienvenu

39136

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **JADA DELAUNE AND GLEN MEYNARDIE INDIVIDUALLY AND ON BEHALF OF THEIR MINOR CHILD, M.M.**<br><br>v.<br><br>**ABBVIE, INC. AND/OR ABBVIE US LLC AND/OR ABBVIE ENDOCRINOLOGY INC., ABBOTT LABORATORIES AND/OR ABBOTT LABORATORIES, INC. AND/OR ABBOTT LABORATORIES INTERNATIONAL LLC AND ABC INSURANCE COMPANY** | **CIVIL NO. 15-cv-478**<br><br>**JUDGE SHELLY D. DICK**<br><br>**MAGISTRATE STEPHEN C. RIEDLINGER** |

## ORDER

Considering the forgoing motion filed by Defendants, AbbVie, Inc., AbbVie US LLC, AbbVie Endocrinology, Inc., Abbott Laboratories, Abbott Laboratories, Inc., and Abbott Laboratories International LLC, for admission of additional *pro hac vice*.

**II IS ORDERED** that the motion is **GRANTED**. Michael P. Foradas is permitted to appear and practice as co-counsel for Defendants, AbbVie, Inc., AbbVie US LLC, AbbVie Endocrinology, Inc., Abbott Laboratories, Abbott Laboratories, Inc., and Abbott Laboratories International LLC in connection with the above –captioned matter.

Baton Rouge, Louisiana, July _____, 2015.

_____
SHELLY D. DICK
UNITED STATES DISTRICT JUDGE

39136