## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF LOUISIANA
## MIDDLE DISTRICT

|  |  |
|---|---|
| JADA DELAUNE AND GLEN MEYNARDIE, INDIVIDUALLY AND ON BEHALF OF THEIR MINOR CHILD, M.M., <br><br>      Plaintiffs, <br><br>  v. <br><br>ABBVIE, INC., AND/OR ABBVIE US LLC AND/OR ABBVIE ENDOCRINOLOGY INC., ABBOTT LABORATORIES AND/OR ABBOTT LABORATORIES, INC. AND/OR ABBOTT LABORATORIES INTERNATIONAL LLC AND ABC INSURANCE COMPANY, <br><br>      Defendants. | ) ) ) ) ) ) ) ) ) ) Civil No. _____ ) ) ) ) ) ) ) ) ) ) ) |

## AFFIDAVIT OF MICHAEL P. FORADAS
## IN SUPPORT OF MOTION FOR PRO HAC VICE ADMISSION

**BEFORE ME**, the undersigned Notary, personally came and appeared:

### MICHAEL P. FORADAS

who, under oath, deposes and attests the following:

1. I submit this oath in support of the Motion for Pro Hac Vice Admission of Michael P. Foradas pursuant to Local Rule 83.2.5 of the United States District Court for the Middle District of Louisiana.

2. I am an attorney with Kirkland & Ellis, LLP, 300 North LaSalle Dr., Suite 2400, Chicago, IL 60654 and serve alongside Bienvenu, Bonnecaze, Foco, Viator & Holinga, APLLC as counsel for Defendant, Abbvie, Inc.; Abbvie US LLC; Abbvie Endocrinology Inc.; Abbott Laboratories; Abbott Laboratories Inc.; Abbott Laboratories International LLC.

3. I am a member in good standing of the state of Illinois.

4. No disciplinary proceedings or criminal charges have been instituted against me.

5. Further, I do solemnly swear that I will support the Constitution of the United States and that I will demean myself uprightly and according to law and the recognized standards of ethics of the legal profession. I do further solemnly swear that I have read the Federal rules of Civil Procedure, 28 USC; the Federal Rules of Criminal Procedure, 28 USC; the Federal Rules of Evidence, 28 USC; and the Local Rules of the United States District Court for the Middle District of Louisiana, and that I am fully prepared to use and abide by them in my practice before this Court.

_____
MICHAEL P. FORADAS

Sworn to and subscribed before me, a duly appointed notary public, this 15th day of July, 2015, at Chicago, Illinois.

_____
Notary Public

"OFFICIAL SEAL"
Rhonda M. LeTempt
Notary Public, State of Illinois
My Commission Expires September 4, 2016