

# UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF LOUISIANA
### OFFICE OF THE CLERK

**Michael L. McConnell**                           **Telephone: 225-389-3500**
**Clerk of Court**                                             **Facsimile: 225-389-3501**

July 21, 2015

Mr. Jeffery N. Luthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002-8004

Re:     Civil Action 15-478-SDD-SCR
          Delaune et al vs AbbVie, Inc., et al

Dear Sir:

      Enclosed please find copies of the docket sheet, civil cover sheet, Notice of Removal and State Court Petition filed in the above captioned case. This is a potential multi-district litigation matter.

                                                 Sincerely,
                                                 Michael L. McConnell
                                                 Clerk of Court

                                   By: _____
                                                 Deputy Clerk

Enclosures:
Docket Sheet
Notice of Removal
State Court Petition