UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JADA DELAUNE AND GLEN MEYNARDIE, INDIVIDUALLY AND ON BEHALF OF THEIR MINOR CHILD, M.M. | CIVIL NO: 3:15 - CV -0478 |
| VERSUS | JUDGE SHELLY DICK |
| ABBVIE, INC. AND/OR ABBVIE US LLC AND/OR ABBVIE ENDOCRINOLOGY INC., ABBOTT LABORATORIES AND/OR ABBOTT LABORATORIES, INC. AND/OR ABBOTT LABORATORIES INTERNATIONAL LLC AND ABC INSURANCE COMPANY | MAGISTRATE STEPHEN RIEDLINGER |

## INITIAL DISCLOSURES

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, JADA DELAUNE AND GLEN MEYNARDIE, INDIVIDUALLY AND ON BEHALF OF THEIR MINOR CHILD, M.M., who pursuant to Rule 26 of the Federal Rules of Civil Procedure, provide the following initial disclosures. These disclosures are based on information now known or reasonably knowable to the Plaintiffs. Plaintiffs reserve the right at any time to review, correct, supplement or clarify any of these disclosures.

I. **INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION RELEVANT TO DISPUTED FACTS ALLEGED WITH PARTICULARITY IN THE PLEADINGS**

A. Jada Delaune, 45176 Boe Peep Street, St. Amant, La 70774, Ph: 225-313-7176;

B. Glen Meynardie, 45176 Boe Peep Street, St. Amant, La 70774, Ph: 225-313-7176;

C. Abbvie Inc and/or Abbvie US LLC and/or Abbvie Endocrinology Inc., 1209 Orange Street, Wilmington, Delaware, 19801;

    D. Abbott Laboratories and/or Abbott Laboratories, Inc and/or Abbott Laboratories International LLC; 1015 Distributors Row, Harahan LA 70123;

    E. Halina E. Nowakowska, MD, 1429 E Highway 30, Gonzales, LA 70737;

    F. Brooke Cole, PhD, The Neuromedical Center Clinic, 10101 Park Rowe Ave., Ste. 200, Baton Rouge, La 70810;

    G. Melanie R. Boyd, NP, The Neuromedical Center Clinic, 10101 Park Rowe Ave., Ste. 200, Baton Rouge, La 70810;

    H. Kevin J. Callerame, MD, The Neuromedical Center Clinic, 10101 Park Rowe Ave., Ste. 200, Baton Rouge, La 70810;

    I. Brian Monette, MD, Gonzales Mental Health Center, 1112 E. Ascension Complex Blvd., Gonzales, La 70737;

    J. Michael D. Teague, MD, Our Lady of the Lake Regional Medical Center, 5000 Hennessy Blvd., Baton Rouge, La 70808;

    K. Brian G. Gouri, MD, Our Lady of the Lake Regional Medical Center, 5000 Hennessy Blvd., Baton Rouge, La 70808; and

    L. Lannis Tynes, PhD, Our Lady of the Lake Regional Medical Center, 5000 Hennessy Blvd., Baton Rouge, La 70808.

    Plaintiffs reserve the right to amend and/or supplement at a later date.

**II.   COPY OF DOCUMENTS IN POSSESSION, ENTRUSTED OR CONTROL OF PLAINTIFF WHICH ARE BELIEVED TO BE RELEVANT TO THE DISPUTED FACTS ALLEGED WITH PARTICULARITY IN THE PLEADINGS.**

    A. Medical Records and Bills from Our Lady of the Lake;

    B. Medical Records and Bills from Neuromedical Center;

    C. Medical Records and Bills from Gonzales Mental Health Center; and

    D. General Liability Insurance byTBD.

Plaintiffs reserve the right to amend and/or supplement at a later date.

### III.   CALCULATION OF DAMAGES

Medical expenses thus far total $27,560.57.  Because Plaintiff is still treating for her severe disabling injuries, including but not limited to neuropathy, dysarthria as well as various other maladies, this amount is not final and subject to amendment at a later time.  Discovery is still ongoing in this matter and a calculation of general damages is unavailable at this time.

Respectfully submitted,

**DEGRAVELLES, PALMINTIER, HOLTHAUS & FRUGE, LLP**

*s/ Joshua M. Palmintier*
**JOSHUA PALMINTIER (LA Bar #28712)**
**WHITNEY S. IKERD (LA Bar #36313)**
618 Main Street
Baton Rouge, LA 70801
Phone: 225-335-1146
Fax:  225-408-5296
E-mail:  jpalmintier@dphf-law.com
wsheppardikerd@dphf-law.com

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| JADA DELAUNE AND GLEN MEYNARDIE, INDIVIDUALLY AND ON BEHALF OF THEIR MINOR CHILD, M.M. | CIVIL NO: 3:15 - CV -0478 |
| VERSUS | JUDGE SHELLY DICK |
| ABBVIE, INC. AND/OR ABBVIE US LLC AND/OR ABBVIE ENDOCRINOLOGY INC., ABBOTT LABORATORIES AND/OR ABBOTT LABORATORIES, INC. AND/OR ABBOTT LABORATORIES INTERNATIONAL LLC AND ABC INSURANCE COMPANY | MAGISTRATE STEPHEN RIEDLINGER |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of December, 2015 a true and correct copy of the foregoing Initial Disclosures was served via ECF through the Court to:

David M. Bienvenu, Jr.
John Allain Viator
Lexi T. Holinga
Tam Catherine Bourgeois
**BIENVENU, BONNECAZE, FOCO, VIATOR & HOLINGA, APLLC**
4210 Bluebonnet Blvd.
Baton Rouge, LA 70809
Facsimile: (225) 388-5622

Michael P. Foradas, P.C. (pro hac vice pending)
Renee D. Smith (pro hac vice pending)
Anne Raven (pro hac vice pending)
**KIRKLAND & ELLIS LLP**
300 N. LaSalle
Chicago, IL 60654
Facsimile: (312) 862-2200
michael.foradas@kirkland.com

renee.smith@kirkland.com
anne.raven@kirkland.com

Co-counsel for Defendants AbbVie, Inc.,
AbbVie US LLC, AbbVie Endocrinology, Inc.,
Abbott Laboratories, Abbott Laboratories, Inc.,
and Abbott Laboratories International LLC

                                              *s/ Joshua M. Palmintier*
                                              JOSHUA PALMINTIER