## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF LOUISIANA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| JADA DELAUNE AND GLEN MEYNARDIE, INDIVIDUALLY AND ON BEHALF OF THEIR MINOR CHILD, M.M., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil No. 15-cv-478 |
| | ) | Judge Shelly D. Dick |
| ABBVIE, INC., AND/OR ABBVIE US LLC AND/OR ABBVIE ENDOCRINOLOGY INC., ABBOTT LABORATORIES AND/OR ABBOTT LABORATORIES, INC. AND/OR ABBOTT LABORATORIES INTERNATIONAL LLC AND ABC INSURANCE COMPANY, | ) ) ) ) ) ) ) ) ) ) | Magistrate Erin Wilder-Doomes |
| Defendants. | ) | |

### MOTION TO WITHDRAW ERRONEOUSLY FILED MOTION FOR JUDGMENT ON THE PLEADINGS AND SUPPLEMENT THE CORRECT MOTION ON BEHALF OF ABBVIE, INC., ABBVIE US LLC, AND ABBVIE ENDOCRINOLOGY, INC.

NOW INTO COURT, through undersigned counsel, comes Defendants AbbVie, Inc., AbbVie US LLC, and AbbVie Endocrinology, Inc. who move this Court, for an Order withdrawing the Motion for Judgment on the Pleadings and Memorandum in Support, which was filed as Record Document No. 16. This Motion was filed in error.  The correct Motion for Judgment on the Pleadings and Memorandum in Support was filed herewith as Record Document No. 19. Undersigned counsel apologize to the Court and all counsel for any confusion and difficulty this error may have caused.

THEREFORE, Defendants AbbVie, Inc., AbbVie US LLC, and AbbVie Endocrinology, Inc., prays that the erroneous Motion for Judgment on the Pleadings and Memorandum in Support

1

18457

filed into the record of this litigation as Record Document No. 16 be withdrawn and the correct

Motion for Judgment on the Pleadings and Memorandum in Support filed into the record hereafter

as Record Document No. 19 be substituted in its place.

Date:   March 1, 2016

Respectfully submitted,

BIENVENU, BONNECAZE, FOCO, VIATOR &
HOLINGA, APLLC

By: *s/David Bienvenu*

David M. Bienvenu, Jr., #20700
John Allain Viator, #25915
Lexi T. Holinga, #30096
Tam Catherine Bourgeois, #30405
4210 Bluebonnet Blvd.
Baton Rouge, LA 70809
Phone:  (225) 388-5600
Fax:  (225) 388-5622

Michael P. Foradas, P.C. (*pro hac vice*)
Renee D. Smith (*pro hac vice*)
Anne Raven (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 N. LaSalle
Chicago, IL 60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200
michael.foradas@kirkland.com
renee.smith@kirkland.com
anne.raven@kirkland.com

*Co-counsel for Defendants AbbVie, Inc., AbbVie
US LLC, and AbbVie Endocrinology, Inc.,
Abbott Laboratories, Abbott Laboratories, Inc.,
and Abbott Laboratories International LLC*

2

18457

## <u>CERTIFICATE OF SERVICE</u>

I certify that on March 1, 2016, a copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system.  Notice of this filing will be sent to all CM/ECF participants by operation of the Court's electronic filing system and to plaintiffs' counsel by email.

by: *s/David Bienvenu*

18457

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF LOUISIANA
## MIDDLE DISTRICT

| | |
|---|---|
| JADA DELAUNE AND GLEN MEYNARDIE, INDIVIDUALLY AND ON BEHALF OF THEIR MINOR CHILD, M.M., <br>    Plaintiffs, <br>   v. <br><br> ABBVIE, INC., AND/OR ABBVIE US LLC AND/OR ABBVIE ENDOCRINOLOGY INC., ABBOTT LABORATORIES AND/OR ABBOTT LABORATORIES, INC. AND/OR ABBOTT LABORATORIES INTERNATIONAL LLC AND ABC INSURANCE COMPANY, <br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil No. 15-cv-478 <br><br> Judge Shelly D. Dick <br><br> Magistrate Erin Wilder-Doomes |

## **ORDER**

Considering the Motion to Withdraw Erroneously Filed Motion for Judgment on the Pleadings and Memorandum in Support And Supplement The Correct Motion On Behalf Of Defendants AbbVie, Inc., AbbVie US LLC, and AbbVie Endocrinology, Inc. (Record Document No. 19):

IT IS HEREBY ORDERED that the erroneously filed Motion for Judgment on the Pleadings and Memorandum in Support (Record Document No. 16) is hereby withdrawn from the record of this litigation and substituted therefore is the correct Motion for Judgment on the Pleadings and Memorandum in Support, which was filed thereafter as Record Document No. 19.

THUS DONE AND SIGNED this _____ day of _____, 2016.


_____
Judge