**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF LOUISIANA
MIDDLE DISTRICT**

| | |
|---|---|
| JADA DELAUNE AND GLEN MEYNARDIE, INDIVIDUALLY AND ON BEHALF OF THEIR MINOR CHILD, M.M., <br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ABBVIE, INC., AND/OR ABBVIE US LLC AND/OR ABBVIE ENDOCRINOLOGY INC., ABBOTT LABORATORIES AND/OR ABBOTT LABORATORIES, INC. AND/OR ABBOTT LABORATORIES INTERNATIONAL LLC AND ABC INSURANCE COMPANY,<br><br>　　　　Defendants. | Civil No. 15-cv-478<br><br>Judge Shelly D. Dick<br><br>Magistrate Erin Wilder-Doomes |

**NOTICE OF INTENT TO DISMISS CIVIL ACTION**

Through undersigned counsel, come Plaintiffs, Jada DeLaune and Glen Meynardie, Individually and on behalf of their minor child, M.M. ("Plaintiffs"), who represent to the Court that they intend to file a Stipulation of Dismissal With Prejudice. Notice of this intent has been provided to Defendants who will agree to a Stipulation of Dismissal with Prejudice. However, one of the plaintiffs in this action is a minor child, thereby necessitating approval of the dismissal

by the state court that has jurisdiction over the minor child's tutorship. Once approval is obtained, plaintiffs will file a stipulation of dismissal pursuant to Fed. R. Civ. Proc. 41. The parties request that all issues pertaining to this litigation be held in abeyance pending approval of the minor child's proposed stipulation and entry of the stipulation of dismissal.

Submitted by:

DEGRAVELLES, PALMINTIER,
HOLTHAUS & FRUGÉ, LLP

By: */s/ Joshua M. Palmintier*

Joshua M. Palmintier (#28712)
Michael Carter Palmintier (#10288)
Jonathan E. Mitchell (#33284)
618 Main Street
Baton Rouge, LA 70801
(225) 344-3735
jpalmintier@dphf-law.com
mpalmintier@dphf-law.com
jmitchell@dphf-law.com
*Counsel for Plaintiffs, Jada DeLaune and Glen Meynardie, Individually and on behalf of their minor child, M.M.*

## CERTIFICATE OF SERVICE

I certify that on May 10, 2016, a copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all CM/ECF participants by operation of the Court's electronic filing system and to plaintiffs' counsel by email.

By: */s/ Joshua M. Palmintier*
Joshua M. Palmintier

Case 3:15-cv-00478-SDD-EWD   Document 33   05/11/16   Page 3 of 3