IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF LOUISIANA
MIDDLE DISTRICT

| | |
|---|---|
| JADA DELAUNE AND GLEN MEYNARDIE, INDIVIDUALLY AND ON BEHALF OF THEIR MINOR CHILD, M.M., <br><br> Plaintiffs, <br><br> v. <br><br> ABBVIE, INC., AND/OR ABBVIE US LLC AND/OR ABBVIE ENDOCRINOLOGY INC., ABBOTT LABORATORIES AND/OR ABBOTT LABORATORIES, INC. AND/OR ABBOTT LABORATORIES INTERNATIONAL LLC AND ABC INSURANCE COMPANY, <br><br> Defendants. | Civil No. 15-cv-478 <br><br> Judge Shelly D. Dick <br><br> Magistrate Erin Wilder-Doomes |

## MOTION TO DISMISS CIVIL ACTION

Through undersigned counsel, come Plaintiffs, Jada DeLaune and Glen Meynardie, Individually and on behalf of their minor child, M.M. ("Plaintiffs"), and on suggesting to this Honorable Court that the above numbered cause of action should be dismissed with prejudice against all Defendants, as to all of Plaintiffs' rights therein, each party to bear its own costs.

Plaintiffs further represent that they are the mother and father of the minor child, M.M., and the claims of their minor child, do not exceed the sum of ten thousand dollars ($10,000.00). Thus, in accordance with Louisiana Revised Statute 9:196, court approval for dismissal of the minor's claims is not necessary.

        deGravelles, Palmintier, Holthaus & Frugé, LLP

        By: __/s/ *Joshua M. Palmintier*____
        Joshua M. Palmintier (#28712)
        Michael Carter Palmintier (#10288)
        Jonathan E. Mitchell (#33284)
        618 Main Street
        Baton Rouge, LA 70801
        (225) 344-3735
        jpalmintier@dphf-law.com
        mpalmintier@dphf-law.com
        jmitchell@dphf-law.com

        *Counsel for Plaintiffs, Jada DeLaune and Glen Meynardie, Individually and on behalf of their minor child, M.M.*

## CERTIFICATE OF SERVICE

I certify that on **October 31, 2016**, a copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all CM/ECF participants by operation of the Court's electronic filing system and to defendants' counsel by email.

        By: ___/s/ *Joshua M. Palmintier*___
            Joshua M. Palmintier