**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF LOUISIANA**
**MIDDLE DISTRICT**

| | |
|---|---|
| JADA DELAUNE AND GLEN MEYNARDIE, INDIVIDUALLY AND ON BEHALF OF THEIR MINOR CHILD, M.M., | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil No. 15-cv-478<br>)<br>) Judge Shelly D. Dick |
| ABBVIE, INC., AND/OR ABBVIE US LLC AND/OR ABBVIE ENDOCRINOLOGY INC., ABBOTT LABORATORIES AND/OR ABBOTT LABORATORIES, INC. AND/OR ABBOTT LABORATORIES INTERNATIONAL LLC AND ABC INSURANCE COMPANY, | )<br>) Magistrate Erin Wilder-Doomes<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## MOTION TO STRIKE

Through undersigned counsel, come Plaintiffs, Jada DeLaune and Glen Meynardie, Individually and on behalf of their minor child, M.M. ("Plaintiffs"), and on suggesting to this Honorable Court that:

1.

Plaintiffs filed a Motion to Dismiss [Doc No. 37] in the above and foregoing matter on October 28, 2016.

2.

The Motion for dismissal was formatted incorrectly and had to be amended.

3.

Therefore, on October 31, 2016, Plaintiffs amended and filed their Amended Motion to Dismiss [Doc No. 38] along with the Proposed Order.

4.

Plaintiffs request that Document No. 37 be stricken from the record and that Document No. 38 be the correct Motion to Dismiss presented to the court for ruling.

WHEREBY Plaintiffs pray that Document No. 37 be stricken from the record and replaced with Document No. 38.

        deGravelles, Palmintier, Holthaus & Frugé, LLP

By: _/s/ *Joshua M. Palmintier*_____
Joshua M. Palmintier (#28712)
Michael Carter Palmintier (#10288)
Jonathan E. Mitchell (#33284)
618 Main Street
Baton Rouge, LA 70801
(225) 344-3735
jpalmintier@dphf-law.com
mpalmintier@dphf-law.com
jmitchell@dphf-law.com

*Counsel for Plaintiffs, Jada DeLaune and Glen Meynardie, Individually and on behalf of their minor child, M.M.*

## CERTIFICATE OF SERVICE

I certify that on **November 1, 2016**, a copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all CM/ECF participants by operation of the Court's electronic filing system and to defendants' counsel by email.

By: ***/s/ Joshua M. Palmintier***
Joshua M. Palmintier