UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

JADA DELAUNE AND GLEN
MEYNARDIE, INDIVIDUALLY AND ON
BEHALF OF THEIR MINOR CHILD,
M.M.

VERSUS

ABBVIE, INC., AND/OR ABBVIE US
LLC AND/OR ABBVIE
ENDOCRINOLOGY INC., ABBOTT
LABORATORIES AND/OR ABBOTT
LABORATORIES, INC. AND/OR
ABBOTT LABORATORIES
INTERNATIONAL LLC AND ABC
INSURANCE COMPANY

CIVIL ACTION 15-478-SDD-EWD

### ORDER

**CONSIDERING** the *Motion to Dismiss*[1] filed by the Plaintiffs in the above captioned matter;

**IT IS HEREBY ORDERED** that the Motion is GRANTED and Plaintiffs' claims against all Defendants are dismissed with prejudice from the record of these proceedings.

Baton Rouge, Louisiana the 2 day of November, 2016.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 38.